# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| E350, LLC,<br>　　　　Plaintiff,<br><br>　　　　v.<br><br>SIGNATURE FLIGHT<br>SUPPORT, LLC, et al.,<br>　　　　Defendants. | 2:23-cv-7819-DSF-PDx<br><br>Order to Show Cause re Remand<br>for Lack of Subject Matter<br>Jurisdiction |

　　　　Defendant Signature Flight Support, LLC removed this case on the basis of diversity jurisdiction.  However, there are several issues with the notice of removal.

　　　　First, the citizenship of the two limited liability company parties are not properly pleaded.  See Johnson v. Columbia Props. Anchorage, LP, 437 F.3d 894, 899 (9th Cir. 2006) (limited liability company is a citizen of the states of which each of its members is a citizen).  Second, the state court record reflects the addition of a Defendant, Concierge U Limited, in place of a Doe defendant prior to removal.  See Dkt. 1-2 at 19 of 22.  Concierge U Limited is not mentioned in the notice of removal, and its citizenship is not pleaded.  Third, the notice of removal does not allege that either Concierge U Limited or the other Defendant, London Lee Partners, has joined in removal or that joinder is not necessary because they have not been served.

Therefore, Signature Flight Support, LLC is ordered to show cause, in writing, no later than October 27, 2023, why this case should not be remanded to state court.

IT IS SO ORDERED.

Date: October 12, 2023

Dale S. Fischer
United States District Judge